Quarracy L. Smith, Esq.
AZ Bar# 033515
Smith & Green, Attorneys at Law, P.L.L.C.
3101 N. Central Avenue #700
Phoenix, AZ 85012
Tel: (602) 812-4600
Email: qsmith@smithgreenlaw.com
*Attorney for Defendant*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

United States of America,
Plaintiff,

vs.

Jorge Kinds ,
Defendant.

Case No: 2:25-cr-00915-SMB-3

**NOTICE OF APPEARANCE**

The undersigned counsel, Quacy L. Smith, hereby enters his appearance notice as counsel of record in the above referenced case(s). Representation of the individual shall not expire unless a motion to withdraw as counsel is filed and ordered by the Court.

In addition, Defendant, by and through the undersigned counsel, hereby requests all discovery information from the prosecution in this case, pursuant to Fed. R. Crim. P. 16 and *Brady v. Maryland*, 373 U.S. 83, 83 S. Ct. 1194, 10 L.Ed.2d 215 (1963).

Specifically, Defendant requests:

1. Complete records of all law enforcement and prosecutorial agencies, including probation, involved in the investigation of the alleged offenses or the prosecution of the defendant including the defendant's statements, the co-defendant's statements, witness statements, investigating officers' notes, results of tests and examinations, or any other matter or evidence obtained during the investigation of the offenses alleged to have been committed by the defendant. Oral statements shall be in written or recorded form. The Defendant shall have the right to inspect and copy or photograph any

materials contained therein and, under appropriate safeguards, to inspect, and test any physical evidence or sample contained therein;

2. A copy of any and all search warrants and arrest warrants along with their returns issued in connection with the case as well as any supporting affidavits;

3. A description of any and all property or contraband seized from the Defendant, Defendant's home, or an area under Defendant's control that the Courts intend to offer as evidence at trial, or which led to any other evidence the Courts intends to use at trial, and the time, place, and manner of any such seizure;

4. Any and all electronic, mechanical, visual or photographic surveillance of the Defendant conducted by the Courts, federal law-enforcement officers, private entities and their officials or agents, and the date, time, place and persons present at such surveillance;

5. Pursuant to ***Brady v. Maryland***, 373 U.S. 83 (1963), ***United States v. Agurs,*** 427 U.S. 97 (1976), ***United States v. Bagley,*** 374 U.S. 667 (1985) and ***Kyles v. Whitley***, 514 U.S. 419 (1995) any and all documents, reports, facts or other information in whatever form which would tend to exculpate the Defendant, mitigate the degree of the offense or the appropriate punishment, weaken or overcome testimony adverse to the Defendant given by a Courts' witness, impeach the credibility of a Courts' witness, or would otherwise tend to be favorable to the Defendant in any way; and

6. Re-disclosure of any and all evidence that was previously disclosed to the Defendant.

RESPECTFULLY SUBMITTED this June 27, 2025.

***/s/ Quacy L. Smith, Esq.***
Quacy L. Smith, Esq.